UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:21-cr-122-ACC-LRH
    21 U.S.C. § 841(a)(1)
CHEYNE ERIC GILSTAD  18 U.S.C. § 922(g)(1)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about April 20, 2021, in the Middle District of Florida, the defendant,

CHEYNE ERIC GILSTAD,

did knowingly and intentionally possess with intent to distribute a controlled substance. The violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B).

### COUNT TWO

On or about April 20, 2021, in the Middle District of Florida, the defendant,

CHEYNE ERIC GILSTAD,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

    1.    Attempted Trafficking in Controlled Substance and Sell/Deliver/Purchase Controlled Substance, on or about January 6, 2020, and

    2.    Fleeing Police Officer - Felony, on or about January 6, 2020,

did knowingly possess, in and affecting interstate and foreign commerce, firearms, that is, a Fratelli Tanfoglio, .22 caliber revolver, a Shooters Arms Manufacturing, .45 caliber pistol, and a Savage, .22 caliber rifle.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## **FORFEITURE**

    1.    The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853. The allegations contained in Count Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

    2.    Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following: a Fratelli Tanfoglio, model E 15, .22 caliber revolver, serial number TC28370, a Shooters Arms Manufacturing, model M1911GI, .45 caliber pistol, serial number GI122398, a Savage, model 93, .22 caliber rifle, serial number 1735694, 6 rounds of .22 caliber ammunition, 25 rounds of .22 magnum caliber ammunition, and 7 rounds of .45 caliber ammunition, which are related to the charged conduct.

4. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 21 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: _____
Beatriz Gonzalez
Assistant United States Attorney

By: _____
Roger B. Handberg
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
September 21

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

CHEYNE ERIC GILSTAD

## INDICTMENT

Violations:  21 U.S.C. § 841(a)(1)
18 U.S.C. § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 8th day of September, 2021.

_____
Clerk

Bail $_____

GPO 863 525